**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01895-LTB

PDB SPORTS, LTD., d/b/a
THE DENVER BRONCOS FOOTBALL CLUB, and
NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL,

       Petitioners,

v.

ASHLEY LELIE and
NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION,

       Defendants.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Petitioners' Notice of Dismissal With Prejudice (Doc 3 - filed October 24, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: October 25, 2007